Case 2:22-cv-00046   Document 17   Filed on 10/07/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| REYANNA SANCHEZ, individually and on behalf of similarly situated individuals,<br><br>        Plaintiff,<br>VS.<br><br>BWW RESOURCES, LLC, *et al.*,<br><br>        Defendants. | §§§§§§§§§§§    CIVIL ACTION NO. 2:22-CV-00046 |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice filed which the Court hereby deems effective. (D.E. 16); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       October __, 2022